FORM orfinal (Rev. 07/10)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

---

In Re:  Henry Vincent McBride III
    SSN/ITIN: xxx–xx–2757
     Debtor
Sydne Alice McBride
    SSN/ITIN: xxx–xx–7776
     Joint Debtor

Bankruptcy Case No.:   09−10326−KKS

Chapter:  13
Judge:  Karen K. Specie

---

### *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

- Leigh D. Hart is discharged as trustee of the estate of the above−named debtor and the bond is canceled; and
- The bankruptcy case of the above−named debtor is closed; and
- Other provisions: None

***DONE AND ORDERED*** at Tallahassee, Florida, October 31, 2014 .

                                                <u>/s/ Karen K. Specie</u>
                                                Karen K. Specie
                                                U.S. Bankruptcy Judge

Service to:
   All parties in interest